IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MORRIS R. REEVES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10 CV 3316 |
| | ) | |
| THE BOARD OF TRUSTEES OF THE | ) | Judge Rebecca Pallmeyer |
| UNIVERSITY OF ILLINOIS | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| Defendant. | ) | |

### FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)
### MOTION TO DISMISS

Defendant, The Board of Trustees of the University of Illinois (the "University"), by its attorney, Norman P. Jeddeloh, Arnstein & Lehr LLP, *of counsel*, moves this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for entry of an order dismissing Plaintiff's Complaint ("Complaint") with prejudice. In support of this motion, University submits its Memorandum of Law in Support of the FRCP Rules 12(b)(6) Motion to Dismiss of the Board of Trustees of the University of Illinois.

Respectfully submitted,

THE BOARD OF TRUSTEES OF THE
UNIVERSITY OF ILLINOIS AT
CHICAGO

By: /s / Norman P. Jeddeloh
      One of Its attorneys

Norman P. Jeddeloh
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
(312) 876-7100

9140718.1